IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-CV-01558-RPM

GEORGE EUGENE CHAVEZ

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the plaintiff, George Eugene Chavez, and the defendant, Allstate Insurance Company, for a dismissal of the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE in Court this 17th day of March, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        UNITED STATES DISTRICT COURT JUDGE